RECEIVED
JUL 19 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **DAVID RICHARD TRIMBLE** D.O.C. # 323225 | : | **DOCKET NO. 6:14-cv-876** |
| **VERSUS** | : | **JUDGE TRIMBLE** |
| **N. BURL CAIN** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the petitioner's objections to the Report and Recommendation;

**IT IS ORDERED** that the Petition for Writ of *Habeas Corpus* be and hereby is **DENIED**, and that the above captioned matter be and hereby is **DISMISSED WITH PREJUDICE.**

**THUS DONE** this 19th day of July, 2016.

_____
JAMES T. TRIMBLE, JR.,
UNITED STATES DISTRICT JUDGE