RECEIVED
AUG 1 9 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| DAVID RICHARD TRIMBLE  #323225 | CASE NO. 6:14CV0876 SEC P |
| VERSUS | JUDGE TRIMBLE |
| N BURL CAIN | MAGISTRATE JUDGE KAY |

## AMENDED JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the petitioner's objections to the Report and Recommendation;

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus be and hereby is **DENIED**, and that the above captioned matter be and hereby is **DISMISSED WITH PREJUDICE.**

THUS DONE in Chambers on this 19th day of August, 2016.

James T. Trimble, Jr.
United States District Judge